UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF ANA MENDIETA
COLLECTION, LLC,

                      Plaintiff,

            -against-

EDWARD MERINGOLO,

                     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/2020
```

1:20-cv-01841

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

By separate Order today the Court has dismissed Sotheby's Inc. from this action, pursuant to a stipulation between the Parties. Plaintiff and Counterclaim-Defendant The Estate of Ana Mendieta Collection, LLC has filed a letter in anticipation of a proposed motion to dismiss Defendant and Counterclaim Plaintiff Edward Meringolo's counterclaim and affirmative defenses [ECF #26]. Meringolo responded to the letter [ECF #30]. Accordingly,

IT IS HEREBY ORDERED that the Parties must appear for a Pre-Motion Conference on May 27, 2020 at 11:30AM. The conference will occur telephonically. To join the conference, the Parties are direct to call 888-278-0296 and enter access code 5195844.

The Clerk is directed to close the motion at ECF 26.

**SO ORDERED.**

**Date: May 20, 2020**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**