**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ESTATE OF ANA MENDIETA COLLECTION,
LLC,
   Plaintiff,

20 **CIVIL** 1841 (MKV)

-against-

**JUDGMENT**

EDWARD MERINGOLD AND SOTHERBY'S
INC.,
   Defendants.
-------------------------------------------------------------X
SOTHEBY'S, INC.,
   Counter-Claimant and Third-Party Plaintiff,

-against-

ESTATE OF ANA MENDIETA COLLECTION,
LLC,
   Counter-Claim Defendant, and

EDWARD MERINGOLD,
   Crossclaim Defendant
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2020, judgment is entered in favor of the Plaintiff on the claim of replevin; defendants claims are dismissed, and the case is closed. Non-party Sotheby's is directed, pursuant to the Court's order at ECF 32, to the to return the artwork which is the subject of this litigation to the Plaintiff. All parties shall bear their own costs.

**Dated:** New York, New York
       May 29, 2020

                              **RUBY J. KRAJICK**
                              _____
                              Clerk of Court
              **BY:**
                              Deputy Clerk